JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD DIXON III,<br><br>    Petitioner,<br><br>vs.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case No. EDCV 10-0070-VBF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Judgment is entered denying the First Amended Petition and dismissing this action with prejudice.

Dated: October 5, 2011

_____
PERCY ANDERSON
FOR VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE